UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

       v.　　　　　　　　　　　　　　　　　　**MEMORANDUM & ORDER**
　　　　　　　　　　　　　　　　　　　　　　21-CR-411 (WFK)
ANDRE RUDDOCK,

              Defendant.
-----------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      On June 9, 2022, Andre Ruddock ("Defendant") pled guilty pursuant to a plea agreement to the sole count of a Superseding Information charging him with Operating an Unlicensed Money Transmitting Business in violation of 18 U.S.C. § 1960(a). On April 28, 2023, the Court held a sentencing hearing. In accordance with this hearing, the Court hereby SENTENCES Defendant to three years' probation, with the following special conditions:

      Defendant shall cooperate with the U.S. Probation Office in the investigation and approval of any position of self-employment, including any independent, entrepreneurial, or freelance employment or business activity. If approved for self-employment, Defendant shall provide the U.S. Probation Office with full disclosure of his self-employment and other business records, including, but not limited to, all of the records identified in the Probation Form 48F (Request for Self-Employment Records), or as otherwise requested by the U.S. Probation Office.

      In addition to the above, the Court also SENTENCES Defendant to forfeiture in an amount of $9,435.24, as set forth by the Order of Forfeiture, filed on Friday, April 28, 2023 at ECF No. 173, and a $100.00 mandatory special assessment. The Court concludes the foregoing sentence comports with those factors set forth by Congress in 18 U.S.C. § 3553(a).

                                                        SO ORDERED.

                                                          s/ WFK

                                           HON. WILLIAM F. KUNTZ, II
                                           UNITED STATES DISTRICT JUDGE

Dated: May 1, 2023
        Brooklyn, New York